UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD PURVIS,<br><br>        Plaintiff,<br><br>   v.<br><br>ARCADIS U.S., INC., as successor in interest to MALCOLM PIRNIE, INC.; MALCOLM PIRNIE, INC.; and DOES 1 TO XX, inclusive,<br><br>        Defendants. | No. 2:13-cv-00582-GEB-KJN<br><br><br><br><br>**ORDER** |

When considering the portion of Defendant's pending dismissal motion that challenges Plaintiff's fifth claim, the following paragraph in the 2010 Contract, which has not been addressed by either party, was seen: "This Agreement shall be constructed and enforced in accordance with the laws of the State of New York." (Mot. to Dismiss, Ex. 1 ¶ 10.) Since the challenged claim has just been argued under California law, each party shall file a supplemental brief no longer than three pages addressing only the issue of what law applies to this claim on or before April 1, 2014.

Dated:  March 27, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1